LOCKE LORD BISSELL & LIDDELL LLP
JOSHUA D. WAYSER (California Bar No. 152711)
300 S. Grand Avenue, Suite 800
Los Angeles, CA 90071                                    **JS-6**
Telephone: (213) 485-1500; Facsimile: (213) 485-1200     E-FILED:  6/23/2008
jwayser@lockelord.com

Attorneys for Plaintiff Bruce Samuels
dba COINTEL COMMUNICATIONS

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE SAMUELS, d/b/a COINTEL COMMUNICATIONS, a California resident, )<br>Plaintiff, )<br>vs. )<br>)<br>CVT PREPAID SOLUTIONS, INC., a )<br>Delaware Corporation, and DOES I through )<br>X, )<br>Defendant. )<br>) | CASE NO. CV08-02378 GHK/ AJWx<br><br>**[PROPOSED] ORDER**<br><br>[Filed concurrently with Stipulation to Dismiss] |

This action is herewith dismissed with prejudice by way of the stipulation of the parties submitted pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).  All pending calendar dates are vacated.

IT IS SO ORDERED.

DATED:  June 23, 2008

_Locke Lord Bissell & Liddell LLP_
_300 South Grand Avenue, Eighth Floor_
_Los Angeles, CA 90071-3119_